UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RANDY S. CANNON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:15-CV-168-PLR-CCS |
| ) | |
| AUTO-OWNERS INSURANCE COMPANY, ) | |
| And SEVIER COUNTY ELECTRIC SYSTEM, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Plaintiff filed this action in the Circuit Court for Sevier County, Tennessee, and third-party defendant Limited Properties, Inc. removed the action to this court [R. 1]. On May 15, 2015, defendant Auto-Owners Insurance Company filed a motion to remand the case to state court [R. 7].

Defendant Sevier County Electric System responded to the motion stating that it agrees that this case should be remanded to the Circuit Court for Sevier County, Tennessee [R. 9]. Third-party defendant, Limited Properties, Inc., has notified the court that it consents to remand of the case [R. 10].

In light of the lack of opposition to the motion, the court finds the motion to remand [R. 7] well taken, and the motion is **GRANTED.**

This action is hereby **REMANDED** to the Circuit Court for Sevier County, Tennessee.

**IT IS SO ORDERED**.

_____
**UNITED STATES DISTRICT JUDGE**